# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1841
LT Case No. 2010-CF-6102

_____

GORDON SHAVERS, III,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Gordon Shavers III, Monticello, pro se.

No Appearance for Appellee.

November 28, 2023

PER CURIAM.

    AFFIRMED.

LAMBERT, EISNAUGLE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____